IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:01-CR-00193-GCM

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CALVIN EARL BUNCH,<br><br>Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* ("Motion") concerning John Gleeson (ECF No. 76).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motion.

In accordance with Local Rule 83.1(b), Mr. Gleeson is admitted to appear before this court *pro hac vice* on behalf of Defendant Calvin Earl Bunch.

**IT IS SO ORDERED**.

Signed: December 16, 2021

Graham C. Mullen
United States District Judge