IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:01-cr-00193-GCM

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER** |
| CALVIN EARL BUNCH, | |
| Defendant. | |

**THIS MATTER** comes before the Court on the Court's own motion. Defendant Calvin Earl Bunch filed a Motion to Reduce Sentence (ECF No. 82). The Court instructs the Government to respond to this Motion within thirty (30) days of entry of this Order.

**SO ORDERED**.

Signed: January 4, 2022

Graham C. Mullen
United States District Judge