**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:01-CR-00193-GCM**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **ORDER** |
| **CALVIN EARL BUNCH,** | |
| **Defendant.** | |

**THIS MATTER** comes before the Court on Defendant Calvin Earl Bunch's Motion to Reduce Sentence (ECF No. 82). A hearing was held on the motion on April 20, 2022. For the reasons stated during the hearing, the motion will be granted.

**IT IS THEREFORE ORDERED** that:

1. The Motion to Reduce Sentence (ECF No. 82) is **GRANTED**.

2. Bunch's sentence is **REDUCED TO 300 MONTHS**, to be followed by **THREE YEARS** on supervised release.

3. The Clerk is respectfully **DIRECTED** to send a copy of this Order to counsel for the parties.

**SO ORDERED**.

Signed: April 25, 2022

Graham C. Mullen
United States District Judge