IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:01-CR-00193-GCM

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CALVIN EARL BUNCH,<br><br>Defendant. | **ORDER** |

**THIS MATTER** comes before the Court on Defendant Calvin Earl Bunch's Unopposed Motion to Seal (ECF No. 99). Bunch asks that the transcript of his motion hearing be sealed indefinitely. *See* ECF No. 99 at 2. The government does not object to the request.

In resolving a motion to seal, the Court must (1) give the public notice of the request to seal and a reasonable opportunity to challenge the request; (2) consider less drastic alternatives to sealing; and (3) state the reasons for sealing, specific supporting findings, and the reasons for rejecting alternatives to sealing. *Rushford v. New Yorker Magazine, Inc.*, 846 F.2d 249, 252–53 (4th Cir. 1988). The Court finds that each of these requirements are met. For the reasons stated in the earlier order granting another motion to seal, the Court will order that the transcript of the motion hearing be sealed. *See* ECF No. 95 at 1–2.

**IT IS THEREFORE ORDERED** that the Unopposed Motion to Seal (ECF No. 99) is **GRANTED**. The transcript of the motion hearing (ECF No. 96) shall be **SEALED INDEFINITELY**.

Signed: May 23, 2022

**SO ORDERED**.

Graham C. Mullen
United States District Judge